**Order entered June 29, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00010-CV

### JOHN P. HAGAN, Appellant

### V.

### JAMES E. PENNINGTON, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-00175-2017**

## ORDER

Before the Court is appellee's June 18, 2018 motion for extension of the maximum word length for his brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellee on June 18 filed as of the date of this order.

/s/     ADA BROWN
            JUSTICE